# EXHIBIT B

## NATIONAL REGISTERED AGENTS, INC.

### SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To: DEB GOEBEL
BLATTNER ENERGY, INC.
392 COUNTY ROAD 50
AVON, MN 56310

SOP Transmittal # 525766833

213-337-4615 - Telephone

Entity Served: BLATTNER ENERGY, INC. (Domestic State: MINNESOTA)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of CALIFORNIA on this 25 day of September, 2014. The following is a summary of the document(s) received:

1. **Title of Action:** Rodney Hoffman, as an individual and on behalf of all others similarly situated, Pltf. vs. Blattner Energy Inc., etc., et al., Dfts.

2. **Document(s) Served:** COMPLAINT, SUMMONS
   Other: Cover Sheet/Instructions/Certificate/Notice/Demand

3. **Court of Jurisdiction/Case Number:** San Bernardino County - Superior Court, CA
   Case # CIVDS1414375

4. **Amount Claimed, if any:** N/A

5. **Method of Service:**

   _X_ Personally served by:    _X_ Process Server    ___ Deputy Sheriff    ___ U. S Marshall
   ___ Delivered Via:           ___ Certified Mail    ___ Regular Mail      ___ Facsimile
   ___ Other (Explain):

6. **Date and Time of Receipt:** 09/25/2014 03:20:00 PM CST

7. **Appearance/Answer Date:** Within 30 days

8. **Received From:** Kenneth H. Yoon
   Law Offices of Kenneth H. Yoon
   One Wilshire Blvd.
   Suite 2200
   Los Angeles, CA 90017
   213-612-0988

9. **Federal Express Airbill #** 771291031457

10. **Call Made to:** Not required

11. **Special Comments:**
SOP Papers with Transmittal, via Fed Ex 2 Day
Email Notification, DEB GOEBEL DEBG@BLATTNERENERGY.COM

NATIONAL REGISTERED AGENTS, INC.                CopiesTo:

Transmitted by Nancy Flores

The information contained in this Summary Transmittal Form is provided by National Registered Agents, Inc. for informational purposes only and should not be considered a legal opinion. It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take appropriate action.

ORIGINAL