JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY HOFFMAN, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLATTNER ENERGY INC., an unknown business entity, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: ED CV 14-2195-DMG (DTBx)<br><br>**JUDGMENT** |

1. This Court has jurisdiction over the claims of the Class Members asserted in this proceeding and over all Parties to the Action.

2. The Court hereby enters final judgment in this Action in accordance with terms of the Joint Stipulation of Settlement and Release [Doc. # 106-2], order granting preliminary approval of class action settlement ("Procedural Order"), and the final order approving class action settlement ("Final Order"). The terms of the Procedural Order and Final Order are incorporated herein.

3. Upon full and final payment by Defendant of the Gross Settlement Amount consistent with Section 6.15.1 of the Settlement, Plaintiff/Class Representative and all Qualified Claimants, shall have by operation of the Final Order and this Judgment, fully, finally and forever released, relinquished, and discharged the Released Parties from the Released Claims and the Class Representative's Released Claims as those terms are respectively defined in the Settlement, and are hereby forever barred and enjoined from prosecuting such released claims against the Released Parties.

4. There were five requests for exclusion from the settlement, and thus, the following class members will not be bound by this judgment: Jeff Bray, Craig Magnus, Martin Lopez M., James Nekl, and Zachary Stephen Wald.

5. Without affecting the finality of the Final Order and/or this judgment, the Court reserves exclusive and continuing jurisdiction over this action, Plaintiff, Qualified Claimants, and Defendant for the purposes of supervising the implementation, enforcement, construction, and interpretation of the settlement, the Procedural Order, the Final Order, and the judgment.

IT IS SO ORDERED.

DATED: November 6, 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE